April 5, 1978.

C. A. No. 78-34. STATE *v.* OLSON. The defendant's motion to proceed as pro se counsel in granted.

The motion of the Public Defender that he be allowed to withdraw as counsel is granted, it appearing that the defendant has made an intelligent and voluntary waiver of his right to counsel. *See Faretta* v. *California,* 422 U.S. 806, 95 S. Ct. 2525, 45 L. Ed. 2d 562 (1975). *Julius C. Michaelson,* Attorney General, for plaintiff. *Keith Olson,* pro se, defendant.

M. P. No. 78-19. EVELYN ANGELL *et al. v.* GLADYS PARRILLO *et al.* The defendants' petition for certiorari is denied. *Little, Little, McDonald & Gaschen, Francis A. Gaschen,* for plaintiff-respondents. *Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett,* for defendants-petitioners.

April 11, 1978.

Appeal No. 77-48. CITIZENS FOR PRESERVATION OF WATERMAN LAKE *et al. and* TOWN OF GLOCESTER *v.* WILLIAM DAVIS *et al.* The petition of defendant-appellee John P. Coyne for reargument is denied. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, George W. Shuster,* Town Solicitor for Town of Glocester, for plaintiffs. *John M. Shannahan* (for William Davis), *John F. Dolan* (for John P. Coyne), *Joseph T. Trainor* (for John P. Coyne), for defendants.